

07-CV-00725-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DI DI QUI,<br><br>  Petitioner,<br><br>v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>  Respondents. | CASE NO. C07-725-JLR-JPD<br><br>ORDER GRANTING PETITION FOR<br>WRIT OF HABEAS CORPUS |

The Court, having reviewed the Supplemental Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and Orders as follows:

(1)     The Court modifies page 2 line 8 of the Supplemental Report and Recommendation, to read "On November 15, 2007" instead of "On October 11, 2007";

(2)     The court adopts the modified Report and Recommendation;

(3)     Petitioner's Petition for Writ of Habeas Corpus (Dkt. 1) is GRANTED, and Respondents' Motion to Dismiss (Dkt. 8) is DENIED;

(4)     This matter is REMANDED to the Seattle Immigration Court for the purpose of

ORDER GRANTING PETITION
FOR WRIT OF HABEAS CORPUS
PAGE – 1

providing petitioner with an individualized bond hearing within <u>30 days of the date of this Order</u>. The Immigration Judge is to determine whether and under what conditions petitioner may be released from custody pending petitioner's Petition for Review in the Ninth Circuit Court of Appeals; and

(5) The Clerk shall send a copy of this Order to the parties, and to the Honorable James P. Donohue.

DATED this 21st day of _____April_____, 2008.

JAMES L. ROBART
United States District Judge

ORDER GRANTING PETITION
FOR WRIT OF HABEAS CORPUS
PAGE - 2